ACCEPTED
06-14-00173-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/20/2015 10:40:35 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-14-00173-CR

| | | |
|---|---|---|
| **ROCHELLE SCHELLING** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **IN AND FOR THE SIXTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF THE STATE OF TEXAS** |

FILED
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/20/2015 10:40:35 AM
DEBBIE AUTREY
Clerk

## STATE'S FIRST MOTION TO EXTEND TIME
## FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, respectfully moves the Court to extend the time for filing of the Appellee's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate Procedure. In support of its motion, the State respectfully offers the following:

1. The Appellee's brief is due today, Tuesday, January 20, 2015, and I have not completed it due to other matters with more pressing deadlines.
2. The State seeks an additional 30 days, until February 19, 2015. The undersigned will, nonetheless, attempt to complete and file the State's brief prior to the extended deadline.

3. The undersigned attorney is responsible for all post-conviction prosecution for the Gregg County Criminal District Attorney's Office, including direct appeals and applications for habeas corpus.

In the past 30 days the undersigned attorney has filed the following:

A.    Appellate Briefs: Appellate Briefs:

1. January 12, 2015, *Ray v. State,* 06-14-00106-CR.
2. January 16, 2015 *Duckett v. State,* 06-14-00106-CR
3. January 19, 2015 *Lewis v. State,* 06-14-00111-CR

B.    Responses to Writ Applications:

1.    January 2, 2015, *Ex parte Dennis Freeman* 42,132 B-H-1

2. January 5, 2015, *Ex parte Robert Wyatt* 40,788-A-H-1

3. January 13, 2015   *Ex parte  Christopher  Howard* 37,568A-H-2.

C. Numerous traffic court appeals and bond forfeiture cases.

4. I took two days for Christmas and one day for New Year's Day.

In the next 30 days the undersigned attorney must respond to the following in addition to this brief:

A. Appellate Briefs due after one extension:
1. *Ross  v. State,* 06-14-00206-CR, requested due date: February 19, 2015
2. *Hammack v. State,* 06-14-00175-CR, requested due date: February 19, 2015
3. *Kelly v. State,* 06-12-00141-CR, February 2, 2015 (Response to Appellant's pro se brief in response to his attorney's Anders brief).

B. Due dates for responses, if any, to PDR, after no extensions

1. *Palmer v. State,* 6-13-00265-CR, February 12, 2015.
2. *Thomas v. State,* 6-14-00002-CR, February 13, 2015.

5. Appellant relies on the following facts as good cause for the requested extension:

a. During the past 30 days, the undersigned has submitted four appellate briefs, and three habeas responses, as shown above. In addition, I have processed numerous traffic court appeals and bond forfeiture cases.
b. No previous extensions have been requested by the State in this case.
c. This extension is not requested for purposes of delay, but so that justice may be done.
d. I still have not completely cleared the case backlog that has built up over the past few months.

Respectfully submitted,

/s/ *Zan Colson Brown*

Zan Colson Brown
Texas Bar No. 03205900
Assistant District Attorney
101 East Methvin St., Suite 333
Longview, TX  75601
Telephone: (903) 236–8440
Facsimile:  (903) 236–3701
E-mail: zan.brown@co.gregg.tx.us

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record by electronic transmission to:

Mr. Clement Dunn
140 E. Tyler, Suite 240
Longview, Texas 75601
clementdunn@aol.com

This 20th day of January, 2015.

/s/ *Zan Colson Brown*

Zan Colson Brown
Assistant District Attorney